# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

April 05, 2011

Mr. David J. Bradley
Southern District of Texas, Houston
United States District Court
515 Rusk Avenue
Room 5300
Houston, TX 77002

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

APR 0 8 2011

David J. Bradley, Clerk of Court

No. 09-20781,   USA v. Warren Hoeffner
                USDC No. 4:07-CR-263-1

Enclosed, for the Southern District of Texas, Houston only, is a copy of the judgment issued as the mandate.

Record/original papers/exhibits are returned:
✓ ( 10 ) Boxes ( 1 ) Sealed Box   *copies shredded*

The electronic copy of the record will be recycled.

Sincerely,

LYLE W. CAYCE, Clerk

By: /s/ Jim deMontluzin
James deMontluzin, Deputy Clerk
504-310-7679

cc: (letter only)
    Honorable David Hittner
    Mr. Dane Christian Ball
    Mr. Richard Thaddeus Behrens
    Mr. John Richard Berry
    Mr. Samuel J Buffone
    Mr. Chris Flood
    Mr. John T Flood
    Mr. David Benjamin Gerger
    Ms. Lynne Liberato
    Mr. James Lee Turner

P.S. to Judge Hittner:  A copy of the opinion was sent to your office via email the day it was filed.

*Mandate Issued*