# IN THE UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

United States District Court
Southern District of Texas
FILED

No. 09-20781

APR 1 1 2011

Clerk of Court

UNITED STATES OF AMERICA,

      Plaintiff - Appellee

v.

WARREN TODD HOEFFNER, also known as Todd Hoeffner

      Defendant - Appellant

---

Appeal from the United States District Court for the
Southern District of Texas, Houston

---

Before KING and HIGGINBOTHAM, Circuit Judges.*

PER CURIAM:

    A member of this panel previously denied appellant's motion to extend the stay of the issuance of the mandate. The panel has considered appellant's motion for reconsideration. IT IS ORDERED that the motion is DENIED.

    *This order is being entered by a quorum of this court pursuant to 28 U.S.C. Section 46(d).

*MOT29*

A true copy
Attest:

Clerk, U. S. Court of Appeals, Fifth Circuit

By_____
          Deputy   4/5/11

New Orleans, Louisiana

# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

April 04, 2011

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 09-20781   USA v. Warren Hoeffner
USDC No. 4:07-CR-263-1

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: *Amanda Sutton-Foy*
Amanda Sutton-Foy, Deputy Clerk
504-310-7670

Mr. Dane Christian Ball
Mr. Richard Thaddeus Behrens
Mr. John Richard Berry
Mr. David J. Bradley
Mr. Samuel J Buffone
Mr. Chris Flood
Mr. John T Flood
Mr. David Benjamin Gerger
Ms. Lynne Liberato
Mr. James Lee Turner

*Motion Notice - MOT-2*