IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| United States of America, | § § § | |
| v. | § | C.R. NO. H-07-263 (01) |
| Warren Todd Hoeffner, | § § § | |
| Defendant. | § § | |

## ORDER

A trial scheduling conference will be held in the above referenced case on Thursday, June 2, 2011 at 9:45 a.m.

SIGNED this the __17__ day of May, 2011.

_____
DAVID HITTNER
U.S. District Judge