JUDGE _____ HAVDEN HOYT _____
CASE MANAGER \_\_ELLEN ALEXANDER\_\_ RPTR/~~TAPE~~ Myra Malone
LAW CLERK \_Sara Hickemann\_ INTERPRETER \_\_N/A\_\_

TIME \_9:50\_ | \_9:55\_ A.M. \_\_\_\_\_ | \_\_\_\_\_ P.M. DATE \_6/2/11\_
         begin   end                begin   end

CR. NO. \_\_H-07-263\_\_

UNITED STATES OF AMERICA                     John Braddock + Quincy Ollison AUSA
         vs.

| Deft. No. | Deft. Name |
|---|---|
| 01 | Warren Todd Hoeffner |

§ Chris Flood, John Flood, Leanne Liberato (R) ☐ CJA
§ ☐ CJA
§ ☐ CJA
§ ☐ CJA
§ ☐ CJA
§ ☐ CJA

add'l defts. on reverse side

## HEARING

☑ kmhrgh.   Motion hearing held. Written order to issue.

☐ ...   Hearing held on _____

☐ ...   Evidence presented (exhibits admitted or testimony given) on: _____

☐ ...   *Order to be entered.*

☐ ...   All motions not expressly decided are denied without prejudice to being reurged.

☐ kjytrl.   Jury trial set _____ at _____ .

☐ ko.(bnd.)   Deft\_\_\_\_\_ bond set/reduced to $ \_\_\_\_\_   ☐ Cash ☐ Surety ☐ 10% ☐ PR.

☐ ...   Deft\_\_\_\_\_ failed to appear, bench warrant to issue.

☐ ...   Deft\_\_\_\_\_ bond ☐ continued ☐ forfeited.

☐ ...   Deft\_\_\_\_\_ remanded to custody.
       OTHER RULINGS _____

Copy to: USPO            See reverse