| AO435 (Rev. 1/90) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS | FOR COURT USE ONLY DUE DATE: |
|---|---|---|

# TRANSCRIPT ORDER

Read Instructions on Back.

| 1. NAME | 2. PHONE NUMBER | 3. DATE |
|---|---|---|
| John Braddock[john.braddock@usdoj.gov] | (713) 567-9000 | 7/18/2011 |

| 4. MAILING ADDRESS | 5. CITY | 6. STATE | 7. ZIP CODE |
|---|---|---|---|
| P.O. Box 61129 | Houston | TX | 77002 |

| 8. CASE NUMBER | 9. JUDICIAL OFFICER | DATES OF PROCEEDINGS | | |
|---|---|---|---|---|
| H-07-263 | Judge David Hittner | 10. FROM 2/2/2010 | 11. TO | 2/2/2010 |

| 12. CASE NAME | | LOCATION OF PROCEEDINGS | |
|---|---|---|---|
| United States of America v. Hoeffner, et al., | 13. CITY Houston | 14. STATE | TX |

15. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER SPECIFY

16. TRANSCRIPT REQUESTED (Specify portion(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRETRIAL PROCEEDINGS (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [✓] OTHER (Specify) | |
| [ ] SENTENCING | | Rearraignment Transcript which | |
| [ ] BAIL HEARING | | occurred before Judge Hittner | |

United States District Court
Southern District of Texas
FILED
JUL 18 2011
David J. Bradley, Clerk of Court

17. ORDER *per Rachel Rossow & John Prestage*

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ✓ | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | — | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

18. SIGNATURE *John Braddock*

19. DATE 7/18/11

TRANSCRIPT TO BE PREPARED BY
Bruce Slavin

| | ESTIMATE TOTAL | |
|---|---|---|
| | PROCESSED BY | |
| | PHONE NUMBER | |
| | COURT ADDRESS | |

\* Need both w about 30 Days.

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

(Previous editions of this form may still be used)    ORIGINAL - COURT COPY    YELLOW - TRANSCRIPTION COPY    GREEN - ORDER RECEIPT    PINK - ORDER COPY