IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | NO. 4:07-cr-00263 |
| | § | |
| WARREN TODD HOEFFNER | § | |

ORDER GRANTING
DEFENDANT WARREN TODD HOEFFNER'S
UNOPPOSED MOTION FOR PERMISSION TO TRAVEL

Pending before the Court is Defendant Warren Todd Hoeffner's Unopposed Motion for Permission to Travel. Having considered the motion, the Court determines that the motion should be granted. Accordingly, the Court hereby –

ORDERS that Defendant Warren Todd Hoeffner is permitted to travel from Houston, Texas, to Los Cabos, Mexico, during the period of March 12, 2012, through March 17, 2012.

IT IS FURTHER ORDERED that U.S. Pretrial Services temporarily return to the Defendant his U.S. Passport prior to Defendant's departure on March 12, 2012. Defendant is ORDERED to surrender his U.S. Passport to U.S. Pretrial Services in Houston, Texas, on March 19, 2012.

SIGNED this __10__ day of __Jan_____, 2012.

DAVID HITTNER
United States District Judge