IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| V. | §   NO. 4:07-cr-00263 |
| | § |
| WARREN TODD HOEFFNER | § |

## ORDER

The Court having considered the Joint Motion to Dismiss, IT IS ORDERED that –

The Second Superseding Indictment, and any other pending indictments filed in the above numbered cause, are DISMISSED with prejudice, and the Defendant, WARREN TODD HOEFFNER, is hereby RELEASED from all terms and conditions of the Order Setting Conditions of Release.

IT IS FURTHER ORDERED that the Clerk of Court return forthwith Defendant's U.S. Passport. IT IS FURTHER ORDERED that the cash security bond on deposit with the Registry of the Court in the amount of $100,000 be returned forthwith to its owner, Chris Flood.

SIGNED at Houston, Texas, on this the ___1___ day of June, 2012.

David Hittner
United States District Judge