# EXHIBIT B

Sanchez, et al v. Hartford Insurance
8/3/2012
Pinkes, Andrew J.

```
1                    IN THE DISTRICT COURT
                     HARRIS COUNTY, TEXAS
2

3

4
     JOSE LUIS SANCHEZ, ET AL.,      )
5           Plaintiff,               )
                                     )   Case No.
6    VS                              )   2010-15489
                                     )
7    HARTFORD INSURANCE COMPANY OF   )
     THE MIDWEST, THE HARTFORD       )
8    FINANCIAL SERVICES GROUP, INC., )
     WARREN TODD HOEFFNER, AND       )
9    HOEFFNER & BILEK, L.L.P.,       )
            Defendants.              )
10

11

12

13
                    DEPOSITION OF:  Andrew Pinkes
14                  DATE:           August 3, 2012
                    HELD AT:        Shipman & Goodwin
15                                  One Constitution Plaza
                                    Hartford, Connecticut
16

17

18

19

20
          Reporter:  ROBIN L. BALLETTO, RPR, LSR #230
21             BRANDON SMITH REPORTING & VIDEO
                      249 Pearl Street
22             Hartford, Connecticut 06103
                       (860) 549-1850
23
               Six Landmark Square, 4th Floor
24               Stamford, Connecticut  06901
                       (203) 316-8591
25                     (800) 852-4589
```

```
 1   bottom, that's my handwriting, formerly Government's          01:21PM
 2   Exhibit 537, and then it's marked Exhibit 1230, and now       01:21PM
 3   it's marked PTX 81.  Do you see that?                         01:21PM
 4        A    I see that.                                         01:21PM
 5        Q    Are you aware that this exhibit, even though        01:21PM
 6   it's marked Government's Exhibit 537, was one of the          01:21PM
 7   first exhibits used by the government to prosecute Todd       01:21PM
 8   Hoeffner, my client, for bribery and kickback                 01:21PM
 9   allegations?                                                  01:21PM
10        A    I was not aware of that.                            01:21PM
11        Q    You never reviewed the transcript of the            01:21PM
12   criminal trial to determine how and when the government       01:21PM
13   tried to use this against him?                                01:21PM
14        A    I never reviewed any transcripts of the             01:21PM
15   criminal trial.                                               01:21PM
16        Q    You didn't provide this to the government           01:21PM
17   before they returned the indictment against my client,        01:21PM
18   Mr. Hoeffner?                                                 01:21PM
19        A    I did not provide this to the government.           01:21PM
20        Q    The e-mail from John Kinney to Fred Zwick and       01:21PM
21   Michael Nendick has an attachment, which I represent to       01:22PM
22   you is attached to the second page.  Do you see that?         01:22PM
23        A    I see that.                                         01:22PM
24        Q    The e-mail is dated Friday, April 23, 2004 at       01:22PM
25   3:15 p.m., Do you see that?                                   01:22PM
```

Sanchez, et al v. Hartford Insurance

8/3/2012

Pinkes, Andrew J.

| | | | |
|---|---|---|---|
| 1 | A | I do. | 01:22PM |
| 2 | Q | And the interoffice memo attached to the | 01:22PM |
| 3 | | e-mail, attachment, is dated April 23, 2004. | 01:22PM |
| 4 | A | I see that. | 01:22PM |
| 5 | Q | This is what's been commonly referred to as | 01:22PM |
| 6 | | the Pinkes memo. Have you ever heard that term, Pinkes | 01:22PM |
| 7 | | memo? | 01:22PM |
| 8 | A | I've heard that term. | 01:22PM |
| 9 | Q | I'm sorry for you that it's referred to as | 01:22PM |
| 10 | | the Pinkes memo. | 01:22PM |
| 11 | A | It's not the Pinkes memo. It's a draft memo | 01:22PM |
| 12 | | that was prepared by John Kinney that I didn't prepare. | 01:22PM |
| 13 | Q | I understand. What I'm telling you, during | 01:22PM |
| 14 | | the criminal trial, and actually during this litigation | 01:22PM |
| 15 | | it's been repeatedly referred to as the Pinkes memo, | 01:22PM |
| 16 | | and I personally apologize to you that it's got that | 01:23PM |
| 17 | | moniker, okay? | 01:23PM |
| 18 | A | I appreciate that. | 01:23PM |
| 19 | Q | Now, it is, however, according to the | 01:23PM |
| 20 | | interoffice memo, from Andrew Pinkes, senior vice | 01:23PM |
| 21 | | president, correct? According to the memo. | 01:23PM |
| 22 | A | There's a format on the memo, but this memo | 01:23PM |
| 23 | | was a draft memo. | 01:23PM |
| 24 | Q | We'll get to kind of what happened. I'm just | 01:23PM |
| 25 | | drawing your attention to the exhibit itself. | 01:23PM |